Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MURPHY,** ) | Case No. 3:10-CV-01672-JAH-JMA |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **GLOBAL CREDIT COLLECTIONS** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow forty-five (45) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of April, 2011.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 15th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jan M. Adler
United States District Court
Southern District of California

Edgar N. De Vera
Carlson & Messer LLP
Attorney for Defendant

This 15th day of April, 2011.

s/Todd M. Friedman
Todd M. Friedman