Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MURPHY,** | ) Case No. 3:10-cv-01672-JAH -JMA |
| | ) |
| Plaintiff, | ) **JOINT MOTION TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **GLOBAL CREDIT & COLLECTIONS CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 1st day of June, 2011

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/David J. Kaminski
    Carlson and Messer
    Attorney for Defendant

Motion to Dismiss- 1

1
2 Filed electronically on this 1st day of June, 2011, with:

3 United States District Court CM/ECF system

4 Notification sent electronically via the Court's ECF system to:

5
6 David J Kaminski
Carlson and Messer
7 5959 West Century Boulevard
Suite 1214
8 Los Angeles, CA 90045
9
10 This 1st day of June, 2011.

11
s/Todd M. Friedman
12 Todd M. Friedman