# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MURPHY,** | Case No. 3:10-cv-01672-JAH -JMA |
| Plaintiff, | **ORDER** |
| vs. | |
| **GLOBAL CREDIT & COLLECTIONS CORPORATION,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 6th day of June, 2011.

_____
The Honorable John A. Houston